IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| ANGEL LUIS RODRIGUEZ APONTE | CASE NO. 04-06607 GAC<br>Chapter 13 |
| XXX-XX-1914 | |
| | FILED & ENTERED ON 11/22/2006 |
| Debtor(s) | |

## ORDER DISMISSING CASE

Upon the trustee's application for dismissal of the above captioned case on the grounds that the debtor(s) failed to comply with the plan and the payments required thereunder, and the debtor(s) having failed to timely reply to said motion,

IT IS ORDERED that this case shall be, and it hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case. The Clerk shall notify this order. The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 22 day of November, 2006.

GERARDO CARLO ALTIERI
U.S. Bankruptcy Judge

cc: All creditors